IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL ALAN GREYSON | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-15-339 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of the | § | |
| Social Security Administration | § | |

# FINAL JUDGMENT

Today this Court issued an Opinion and Order denying the Motion for Summary Judgment of Defendant, Carolyn W. Colvin, and granting, in part, the Motion for Summary Judgment of Plaintiff, Michael Alan Greyson.

It is, therefore, **ORDERED** and **ADJUDGED** that this case be **REMANDED** to the Commissioner for further administrative proceedings.

**THIS IS A FINAL JUDGMENT**.

DONE at Galveston, Texas, this _____18th_____ day of April, 2017.

John R. Froeschner
United States Magistrate Judge